No. D–1883. IN RE DISBARMENT OF FIERER. Disbarment entered. [For earlier order herein, see 522 U. S. 1013.]

No. D–1888. IN RE DISBARMENT OF MOORE. Disbarment entered. [For earlier order herein, see 522 U. S. 1026.]

No. D–1892. IN RE DISBARMENT OF PAIRO. Disbarment entered. [For earlier order herein, see 522 U. S. 1040.]

No. D–1894. IN RE DISBARMENT OF CHRISTIE. Disbarment entered. [For earlier order herein, see 522 U. S. 1040.]

No. D–1896. IN RE DISBARMENT OF BARNTHOUSE. Disbarment entered. [For earlier order herein, see 522 U. S. 1040.]

No. D–1897. IN RE DISBARMENT OF HANTMAN. Disbarment entered. [For earlier order herein, see 522 U. S. 1041.]

No. D–1898. IN RE DISBARMENT OF POREDA. Disbarment entered. [For earlier order herein, see 522 U. S. 1041.]

No. D–1899. IN RE DISBARMENT OF GAMMONS. Disbarment entered. [For earlier order herein, see 522 U. S. 1041.]

No. D–1901. IN RE DISBARMENT OF AZORSKY. Disbarment entered. [For earlier order herein, see 522 U. S. 1041.]

No. D–1902. IN RE DISBARMENT OF GARDNER. Disbarment entered. [For earlier order herein, see 522 U. S. 1041.]

No. D–1904. IN RE DISBARMENT OF QUINT. Disbarment entered. [For earlier order herein, see 522 U. S. 1041.]

No. D–1907. IN RE DISBARMENT OF ROME. Disbarment entered. [For earlier order herein, see 522 U. S. 1073.]

No. D–1919. IN RE DISBARMENT OF WHITE. Charles Henry White, Sr., of New Orleans, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1920. IN RE DISBARMENT OF SCHANER. Brian Keith Schaner, of Cleveland Heights, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.